Timothy MEFFORD, Respondent,

v.

TRUE MANUFACTURING COMPANY, INC., Appellant,

and

Division of Employment Security, Respondent.

No. ED 101414

Missouri Court of Appeals, Eastern District, *DIVISION FOUR.*

Filed: December 9, 2014

Kristen N. James, 2001 E. Terra Lane, O'Fallon, MO 63366, for Appellant.

Bart A. Matanic, Atty. for Dept. of Labor and Industrial Relations, 421 East Dunklin Street, P.O. Box 59, Jefferson City, MO 65104, Timothy Mefford, Respondent Acting Pro Se, 200 N. Gaslight Road 17, Vandalia, MO 63382, for Respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

### ORDER

PER CURIAM.

True Manufacturing Company, Inc. appeals the decision of the Labor and Industrial Relations Commission ("the Commission") awarding Timothy Mefford unemployment benefits. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our deci-

sion. The decision of the Commission is affirmed under Rule 84.16(b).